UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| V. | § § | NO. 25-MJ-3969 MAT |
| JESSICA LORRAINE TELLES | § § § | |

### SWORN STATEMENT

BEFORE ME, the undersigned authority, personally appeared Delilah Rodriguez, who, after being by me duly sworn stated the following under oath:

My name is Delilah Rodriguez. I am over the age of fourteen years, and I am competent to make this affidavit. The statements contained herein are true and correct.

I am Jessica Lorraine Telles' daughter, and I would like to state that I have removed the gun from my home located at 13324 Jonathan Elias, El Paso, TX 79938. The gun has been secured and stored at a storage facility located in Horizon City. To the best of my knowledge, there is now no firearm located at 13324 Jonathan Elias, El Paso, TX 79938.

This is true from the best of my knowledge.

_____
Delilah Rodriguez

SUBSCRIBED AND SWORN TO BEFORE MY, by Delilah Rodriguez on this 1st day of August, 2025.

_____
Notary in and for the State of Texas

My Commission Expires:

8/23/27

ELVIA ARACELI ORTIZ
Notary Public, State of Texas
Comm. Expires 08-23-2027
Notary ID 126128028

1